No. 80–5071. CALHOUN v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5078. NAVARRO v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 80–5085. ANDERSON v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–5104. HACKETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5128. FOREMAN v. BEE BINDERY, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–5144. WARREN v. HARVEY, ACTING DIRECTOR, WHITING FORENSIC INSTITUTE. C. A. 2d Cir. Certiorari denied.

No. 80–5178. HAMILTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5183. HOWARD v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 80–5192. RENFRO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–5195. BEAL v. BEAL. Ct. App. Wash. Certiorari denied.

No. 80–5198. McCRARY v. PETTIGRASS. C. A. 2d Cir. Certiorari denied.

No. 80–5201. SNEED v. HENSLEY, DETECTIVE, ASHEVILLE POLICE DEPARTMENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5205. STEINKE v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.